UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRACY SMITH,<br><br>Defendant. | Case No. 91-cr-20206-EJD-2 (VKD)<br><br>**ORDER FOR RELEASE FROM FEDERAL CUSTODY TO STATE CUSTODY** |

Defendant Tracy Smith appeared before this Court on June 30, 2026, for a detention hearing. For the reasons stated on the record, the Court finds that Mr. Smith has met his burden under Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a). Accordingly, the Court HEREBY ORDERS that Mr. Smith shall be released from the custody of the United States Marshal, subject to the following conditions:

1. He must not change his authorized residence without the consent of his probation officer.

2. He must participate in an outpatient program of testing and treatment for substance abuse and alcohol abuse, as directed by the probation officer, until such time as he is released from treatment by the probation officer. He must pay part or all the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments must never exceed the total cost of urinalysis and counseling. The actual co-payment schedule must be determined by the probation officer.

3. He must participate in an outpatient mental health treatment program, as directed by

the probation officer. He must pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of mental health counseling. The actual co-payment schedule shall be determined by the probation officer.

4.  He must participate in the state inpatient program for mental health treatment, and follow the rules of that facility, as directed by the probation officer.

5.  He must participate in and attend all check-ins with the Mental Health Treatment Court in Santa Clara County, docket number C2508213.

All previously ordered conditions of supervision remain in effect.

At the hearing, the Court was informed there is an active bench warrant in Santa Clara County, docket number C2508213. Accordingly, the Court HEREBY FURTHER ORDERS the United States Marshal to release Mr. Smith directly to the custody of the Santa Clara County Sheriff.

**IT IS SO ORDERED.**

Dated: July 1, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California

2